**Dismiss and Opinion Filed July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00527-CV

## MICHAEL GRISHMAN AND TAX SERVICES CONSULTING, Appellants
## V.
## ROGER SIMS, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-02343

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee in this case is past due. By postcard dated April 24, 2015, we notified appellants the $195 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 24, 2015, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. To date, appellants have not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


150527F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL GRISHMAN AND TAX
SERVICES CONSULTING, Appellant

No. 05-15-00527-CV          V.

ROGER SIMS, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-02343.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ROGER SIMS recover his costs of this appeal from appellant MICHAEL GRISHMAN AND TAX SERVICES CONSULTING.

Judgment entered July 31, 2015.